

**KLESTADT**
**WINTERS**
**JURELLER**
**SOUTHARD** &
**STEVENS**, LLP

MEMO ENDORSED:
The application is granted. The conference
scheduled for January 28, 2021 is adjourned
to February 25, 2021 at 10:30 a.m.

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: January 20, 2021

**Via ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   **United Technologies International Corporation v. Hong Kong Airlines** *et al.*
      **Case No. 20-CV-8058-PGG**

Dear Judge Gardephe:

Please be advised that our firm is counsel to defendant Hong Kong Airlines Limited ("HKA") in
the above matter.  This letter is written pursuant to Rule I(E) of Your Individual Rules of Practice.
By this letter the Parties request an adjournment of the Initial Pre-Trial Conference scheduled for
January 28, 2021 (*see* Dkt. #8).  Pursuant to the Rules, the Parties advise the Court as follows:

1.  The Initial Pre-Trial Conference is currently scheduled for January 28, 2021 at 11:00 am;
2.  Plaintiff United Technologies International Corporation ("Plaintiff") and HKA are
    requesting an approximate 30 day adjournment until February 25, 2021, or such date
    thereafter as the Court is available;
3.  Plaintiff and HKA request the adjournment based upon ongoing settlement discussions in
    Hong Kong; and
4.  Plaintiff and HKA consent to the request for the adjournment.

This is the first request for such an adjournment.  To date, HKA's time to answer or otherwise
respond to the Complaint has been extended by stipulations until January 31, 2021.

If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your consideration.

Respectfully submitted,

*/s/ John E. Jureller, Jr.*

John E. Jureller, Jr.

Cc:    Robert Allen, P.C.
       Daniel Cellucci, Esq.
       Kirkland & Ellis LLP

       *Attorneys for Plaintiff*