

MEMO ENDORSED:
The application is granted. The conference scheduled for February 25, 2021 is adjourned to **April 8, 2021 at 11:15 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: February 16, 2021

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: <u>United Technologies International Corporation v. Hong Kong Airlines *et al.*</u>
<u>Case No. 20-CV-8058-PGG</u>

Dear Judge Gardephe:

As you are aware, our firm is counsel to defendant Hong Kong Airlines Limited ("HKA") in the above matter. This letter is written pursuant to Rule I(E) of Your Individual Rules of Practice. By this letter the Parties request an adjournment of the Initial Pre-Trial Conference scheduled for February 25, 2021 (*see* Dkt. #22). Pursuant to the Rules, the Parties advise the Court as follows:

1. The Initial Pre-Trial Conference is currently scheduled for February 25, 2021 at 10:30 am;
2. Plaintiff United Technologies International Corporation ("Plaintiff") and HKA are requesting an approximate 30 day adjournment until April 1, 2021, or such date thereafter as the Court is available;
3. Plaintiff and HKA request the adjournment based upon ongoing settlement discussions in Hong Kong; and
4. Plaintiff and HKA consent to the request for the adjournment.

This is the second request for such a consensual adjournment. The Court previously granted the parties' first request, adjourning the conference from January 28, 2021. To date, HKA's time to answer or otherwise respond to the Complaint has been extended by stipulations until March 17, 2021.

If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your consideration.

                                                      Respectfully submitted,

                                                      /s/ *John E. Jureller, Jr.*

                                                      John E. Jureller, Jr.

Cc:    Robert Allen, P.C.
        Daniel Cellucci, Esq.
        Kirkland & Ellis LLP

        *Attorneys for Plaintiff*